IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EUEL K. COWAN,      :
  Plaintiff       :

            :

  v.         :  CIVIL NO. AMD 07-1383

            :

BILL GIVENS, et al.,     :
  Defendants      :

...o0o...

MEMORANDUM OPINION

Plaintiff Euel K. Cowan, acting pro se, filed this lawsuit in the Circuit Court for Baltimore City against FedEx Ground Package System, Inc., and one of its employees, William Given (misnamed in the complaint), apparently alleging that he lost his job as an employee of one of FedEx's subcontractors because Given (or some other FedEx employee) told the subcontractor to "fire" Cowan. After timely removing the case on the basis of diversity of citizenship, defendants moved to dismiss for failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(6). Cowan has filed a response, in which he seems to assert that he is a third party beneficiary of the contract between FedEx and his former employer.

In any event, even giving the pro se complaint (and motion response) a generous construction, it is evident that plaintiff has failed to state a claim (of tortious interference with business relations, wrongful discharge, or breach of contract) against defendants. Accordingly, the motion to dismiss shall be granted. An order follows.

Filed: June 25, 2007       _____/s/_____

              ANDRE M. DAVIS
              UNITED STATES DISTRICT JUDGE